Case 5:20-cr-01150   Document 50   Filed on 05/28/20 in TXSD   Page 1 of 6

United States Courts
Southern District of Texas
FILED

*May 28, 2020*

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 5:20-CR-1150 |
| ANDRES RICARDO-MORENO ROBERTO NAVARETTE-SALAZAR JONATHAN MERCHANT-ROSAS EDGAR RODRIGUEZ-LOPEZ | § § § § § | DS |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

On or about **February 26, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANDRES RICARDO-MORENO,
ROBERTO NAVARETTE-SALAZAR,
JONATHAN MERCHANT-ROSAS, and
EDGAR RODRIGUEZ-LOPEZ**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and (v)(I).

**COUNT TWO**

On or about **February 26, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANDRES RICARDO-MORENO,**
**ROBERTO NAVARETTE-SALAZAR,**
**JONATHAN MERCHANT-ROSAS, and**
**EDGAR RODRIGUEZ-LOPEZ**

knowing and in reckless disregard of the fact that NOE AGUIRRE-DOMINGUEZ, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

### COUNT THREE

On or about **February 26, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANDRES RICARDO-MORENO,**
**ROBERTO NAVARETTE-SALAZAR,**
**JONATHAN MERCHANT-ROSAS, and**
**EDGAR RODRIGUEZ-LOPEZ**

knowing and in reckless disregard of the fact that MARCELINO FUENTES-MANCILLAS, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

### COUNT FOUR

On or about **February 26, 2020**, in the Southern District of Texas and within the

jurisdiction of the Court, Defendants,

**ANDRES RICARDO-MORENO,**
**ROBERTO NAVARETTE-SALAZAR, and**
**JONATHAN MERCHANT-ROSAS,**

knowing and in reckless disregard of the fact that GIBER BAUTISTA-LOAEZA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

## COUNT FIVE

On or about **February 26, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANDRES RICARDO-MORENO,**
**ROBERTO NAVARETTE-SALAZAR,**
**JONATHAN MERCHANT-ROSAS, and**
**EDGAR RODRIGUEZ-LOPEZ**

knowing and in reckless disregard of the fact that SEGUNDO JARA-JARA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

## COUNT SIX

On or about **February 26, 2020**, in the Southern District of Texas and within the

jurisdiction of the Court, Defendants,

**EDGAR RODRIGUEZ-LOPEZ**,

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to conceal, harbor and shield from detection, and attempt to conceal, harbor and shield from detection, in any place, including any building and any means of transportation, an alien who had come to, entered, and remained in the United States in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (v)(I).

## COUNT SEVEN

On or about **February 26, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants**,**

**EDGAR RODRIGUEZ-LOPEZ,**

knowing and in reckless disregard of the fact that GIBER BAUTISTA-LOAEZA was an alien who had come to, entered, and remained in the United States in violation of law, did conceal, harbor and shield from detection, and attempt to conceal, harbor and shield from detection, such alien, in any place, including any building and any means of transportation, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii)

## NOTICE OF FORFEITURE

## 8 U.S.C. §1324
## Count 1

Pursuant to Title 8, United States Code, Section 1324(b) and Title 28, United States Code Section 2461, the United States gives notice to the Defendant,

**ANDRES RICARDO-MORENO,**
**ROBERTO NAVARETTE-SALAZAR,**
**JONATHAN MERCHANT-ROSAS, and**
**EDGAR RODRIGUEZ-LOPEZ**

that upon conviction of the offense of alien smuggling as charged in Count 1of the Indictment, the Defendant shall forfeit to the United States any conveyance that has been used in the commission of said offense, the gross proceeds of such offense, and any property traceable to such conveyance or proceeds, including the following property:

(1) AR-15 style pistol and

(2) _Thirty (30) rounds of 300 Blackout caliber ammunition

(3)_Fifteen (15) rounds of Hornady ammunition

(4)_Fifteen (15) rounds of RP ammunition.

(5)_3911 Calle Acapulco, Laredo, TX, 78046

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

*[signature]*
for Adam Harper
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

NO. 5:20-CR-1150

__LAREDO__ DIVISION

FILE: 20-05271  MAG#: 20-00863-1  Judge: DS

__INDICTMENT__  Filed: May 28, 2020

UNITED STATES OF AMERICA

VS.

ATTORNEYS:

__RYAN K. PATRICK, USA__
__ADAM HARPER, AUSA__

**ANDRES RICARDO-MORENO**
**ROBERTO NAVARETTE-SALAZAR**
**JONATHAN MERCHANT-ROSAS**
**EDGAR RODRIGUEZ-LOPEZ**

**CHARGES:**

| | |
|---|---|
| Count.1: | Conspiracy to transport an undocumented alien within the United States [8 USC 1324 (a)(1)(A)(ii) and (v)(I)] |
| Counts. 2-5: | Transport and Attempt to transport an undocumented alien within the United States for financial gain [8 USC 1324(a)(1)(A)(ii) and (v)(II)] |
| Count.6: | Conspiracy to conceal, harbor or shield an undocumented alien [8 USC 1324 (a)(1)(A)(iii) and (v)(I)] |
| Counts. 7: | Conceal, harbor or shield an undocumented alien [8 USC 1324(a)(1)(A)(iii) |

Notice of Forfeiture

**TOTAL COUNTS: 7**

**PENALTY:**

Counts.1 to 7:  0 to 10 years and/or $250,000 Fine, $100 special assessment, $5,000 special assessment, not more than a three (3)-year term of supervised release [Each Count]

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: